**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00184-LTB

TED RALL,

       Plaintiff,

v.

THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK, and
AETNA LIFE INSURANCE COMPANY,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion to Amend Complaint (Doc 12 - filed March 20, 2012) is **GRANTED**. The Complaint is amended to reflect that "The Standard Life Insurance Company of New York" is the correct identification for this Defendant.


Dated:   March 21, 2012
_____