**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00184-LTB-KMT

TED RALL,

      Plaintiff,

v.

THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK, and
AETNA LIFE INSURANCE COMPANY,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Defendant Standard (Doc 23 - filed June 20, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Standard Life Insurance Company only,** each party to pay their own fees and costs.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   June 21, 2012