IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00184–LTB–KMT

TED RALL,

    Plaintiff,

v.

THE STANDARD INSURANCE COMPANY OF NEW YORK, and
AETNA LIFE INSURANCE COMPANY,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for Leave to Allow Telephonic Attendance at Settlement Conference" (Doc. No. 38, filed Aug. 14, 2012) is GRANTED. The client representative for Defendant is permitted to attend the settlement conference by telephone. Defendant's counsel shall be personally present at the Settlement Conference, Defendant's counsel shall ensure the representative's availability, and the client representative shall remain available to counsel and the court until further notified by counsel. The client representative may contact the court by calling (303) 335-2780 should they have additional questions or need to reach their counsel during the conference.

Dated: August 30, 2012