IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00184-LTB

TED RALL,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on April 24, 2013, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Motion for Determination based on Administrative Record filed by Defendant Aetna Life Insurance Company is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Aetna Life Insurance Company, and against Plaintiff, Ted Rall.  It is

    FURTHER ORDERED that Defendant, Aetna Life Insurance Company, shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

    FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this __25th__ day of April, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk